

**NUMBER 13-08-00556-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

**OSCAR RAMIREZ,**                                                                 **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                         **Appellee.**

**On appeal from the 370th District Court
of Hidalgo County, Texas.**

**MEMORANDUM OPINION**

**Before Chief Justice Valdez and Justices Yañez and Vela
Memorandum Opinion Per Curiam**

Appellant, Oscar Ramirez, by and through his attorney, has filed a motion to withdraw his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to withdraw the appeal and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the appeal.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* Tᴇx. R. Aᴘᴘ. P. 47.2(b).

Delivered and filed
the 11th day of March, 2010.